```
              UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


RICHARD L. WILLIAMS,            :    CIVIL NO. 1:07-CV-1636
                                :
          Plaintiff             :    (Judge Caldwell)
                                :
     v.                         :    (Magistrate Judge Smyser)
                                :
MICHAEL J. ASTRUE,              :
COMMISSIONER OF SOCIAL          :
SECURITY,                       :
                                :
          Defendant             :
```

**REPORT AND RECOMMENDATION**


It is recommended that the defendant's unopposed[1] motion for a remand of this case to the Commissioner be granted, for the reason that it is unopposed and because a sound reason to deny the motion is not apparent.



*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated:  March 14, 2008.

---

[1] LR 7.6 provides: Any party opposing any motion shall file a responsive brief, together with any opposing affidavits, deposition transcripts or other documents, within fifteen (15) days after service of the movant's brief, or, if a brief in support of the motion is not required under these rules, within five (5) days after service of the motion. Any respondent who fails to comply with this rule shall be deemed not to oppose such motion. Nothing in this rule shall be construed to limit the authority of the court to grant any motion before expiration of the prescribed period for filing a responsive brief.