```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


RICHARD L. WILLIAMS,            :
        Plaintiff
                                :

        vs.                     :   CIVIL NO. 1:CV-07-1636

MICHAEL J. ASTRUE,              :      (Judge Caldwell)
Commissioner of Social
Security,                       :   (Magistrate Judge Smyser)
        Defendant
```

*O R D E R*

AND NOW, this 14th day of April, 2008, upon consideration of the report (doc. 10) of the Magistrate Judge, filed March 14, 2008, to which no objections were filed, and upon independent consideration of Defendant's motion to remand (doc. 8), which was unopposed, it is ordered that:

    1. The Magistrate Judge's report is adopted;

    2. Defendant's unopposed motion to remand is granted;

    3. This matter is remanded to the Administrative Law Judge for further proceedings and a new decision;

    4. The proceedings and decision shall include: a credibility determination as to Anne Fisher; a discussion of Plaintiff's offer of proof from Alan Hallibaugh and Gary Hardy; a credibility determination as to Hallibaugh

and Hardy; and a discussion of Plaintiff's credibility in light of the testimony of Fisher, Hallibaugh, and Hardy.

/s/William W. Caldwell
William W. Caldwell
United States District Judge